GREGG L. KAYS, ESQ. (SBN 82052)
NORLAND & KAYS
111 North Market Street, Suite 414
San Jose, California 95113

408-993-8100
408-993-0173 Fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES IKEKWERE,

        Plaintiff,

v.

FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT

        Defendant.

Case No. C 08-00234 PVT

COMPLAINT FOR DAMAGES FOR DISCRIMINATION

1. Plaintiff is a resident of the City of Campbell, County of Santa Clara, State of California.

2. Defendant Foothill-De Anza Community College District is a public entity located at 12345 El Monte Road, Los Altos Hills, California 94022.

3. This action is brought pursuant to Title VI of the Civil Rights Act of 1964. Jurisdiction is conferred on this Court by 28 U.S.C. Section 1331 and 42 U.S.C. Section 2000e-5.

Complaint

1

4. The acts complained of by Plaintiff in this action concern his dismissal or termination from the Respiratory Therapy (RT) Program offered by Defendant.

5. Defendant's conduct was discriminatory with respect to my race or color and my place of national origin.

6. The facts surrounding my claim of discrimination are that the Defendant (1) the Defendant conspired with individuals employed at the Santa Clara Valley Medical Center to terminate Plaintiff from the RT Program in May, 2006, by raising false allegations against Plaintiff about his performance in a clinical placement and (2) an instructor of Defendant issued to Plaintiff an improper failing grade for a class known as RSPT 62 based upon an inaccurate calculation of Plaintiff's examination score. Plaintiff complained that similarly situated students who were of Caucasian race and ethnicity were treated and graded differently from Plaintiff and did not receive failing grades. Plaintiff was terminated from the RT Program in June, 2006.

7. Plaintiff filed a complaint with the United States Department of Education on November 30, 2006, and January 11, 2007, regarding Defendant's discriminatory conduct. The Department of Education advised that it was taking no action on Plaintiff's claims as the Defendant's process to investigate Plaintiff's claims was deemed adequate.

Plaintiff pursued Defendant's investigation and appeal process. This complaint is filed within 60 days of the completion of that process.

8. Plaintiff demands a jury for all claims for which a jury is permitted.

WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including damages, costs and attorneys fees.

Dated:   January 14, 2008          NORLAND & KAYS

By _____
GREGG L. KAYS
Attorney for Plaintiff
CHARLES IKEKWERE

Complaint

3