**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IKEKWERE,

    *Plaintiff(s),*

vs.

FOOTHILL -DE ANZA COMMUNITY COLLEGE DISTRICIT,

    *Defendant(s).*

C 08-00234 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

    Please take notice that the Case Management Conference previously scheduled for May 6, 2008 has been rescheduled for **June 24, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: May 5, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK