UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES IKEKWERE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FOOTHILL-DE ANZA COMMUNITY<br>COLLEGE DISTRICT,<br><br>　　　　　　Defendant. | Case No.: C 08-00234 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASE<br>SHOULD NOT BE DISMISSED** |

On January 14, 2008, plaintiff Charles Ikekwere filed a complaint against defendant Foothill-De Anza Community College District alleging racial discrimination. Based on the docket in the above-captioned action, it does not appear that the complaint has been served or that there has been any other activity in the case. Accordingly,

IT IS HEREBY ORDERED that, no later than July 11, 2008, plaintiff Ikekwere shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1] *See,* FED.R.CIV.P. 41(b).

IT IS FURTHER ORDERED that the case management conference presently scheduled to be

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 1*

1 | held on June 24, 2008 at 2PM shall be continued to August 19, 2008 at 2PM.

2 | Dated:    *June 20, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge