UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES IKEKWERE,<br><br>  Plaintiff,<br><br>v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT,<br><br>  Defendant. | Case No.: C 08-00234 PVT<br><br>**ORDER RE REASSIGNMENT TO U.S. DISTRICT JUDGE; REPORT AND RECOMMENDATION RE DISMISSAL FOR FAILURE TO PROSECUTE** |

On January 14, 2008, plaintiff Charles Ikekwere filed a complaint against defendant Foothill-De Anza Community College District alleging racial discrimination. Based on the docket in the above-captioned action, it did not appear that the complaint had been served or that there had been any other activity in the case. As a result, the court issued an order to show cause why the case should not be dismissed for failure to prosecute. The response deadline was July 11, 2008. To date, no response has been filed. Plaintiff has not yet consented to jurisdiction by a magistrate judge.

Accordingly, the above-captioned action shall be reassigned to a U.S. District Judge with a report and recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: *August 4, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*