John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:   (650) 341-3693
Facsimile:   (650) 341-1395

**E-Filed 3/19/09**

Attorneys for FOOTHILL-DE ANZA
COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES IKEKWERE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOVERNING BOARD OF FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DOES 1 THROUGH 25,<br><br>　　　　Defendants. | CASE NO: C08 00234 JF<br><br>STIPULATION EXTENDING DEADLINE TO ACCOMPLISH MEDIATION, AND CONTINUING CASE MANAGEMENT CONFERENCE; ORDER ON STIPULATION |

The parties to this litigation, by and through their attorneys of record, do hereby stipulate and agree as follows:

1.　At the January 30, 2009 Case Management Conference, the Court ordered the parties to accomplish a mediation by May 1, 2009 and to return to Court for a follow-up Case Management Conference on May 1, 2009.

2.　Thereafter the parties have diligently pursued the discovery necessary to prepare for mediation, and have worked with Court selected Mediator Teri Sklar to schedule a mediation date. On order to accommodate the need of Plaintiff Charles Ikekwere to return to Nigeria due to a family emergency, the parties, with Mediator Sklar's concurrence, have scheduled the mediation of the case to occur on May 28, 2009.

//

---

Stipulation　　　C08 00234 JF　　　Page 1

3.  Therefore, the parties agree to and hereby do request the Court to continue the deadline to accomplish mediation of this matter to May 30, 2009; and to continue the scheduled May 1, 2009 Case Management Conference for a sufficient length of time to accommodate the completion of the mediation of the matter.

IT IS SO STIPULATED.

Dated:  March 18, 2009                SHUPE AND FINKELSTEIN

By: _____
John A Shupe, Attorneys for Defendant

Dated:  March 18, 2009                LAW OFFICES OF CURTIS OLER

By: _____/s/_____
Curtis G. Oler, Attorney for Plaintiff

### ORDER

The Court, having reviewed the Stipulation of the parties, and finding good cause, does now enter its Order approving said Stipulation. The deadline of the parties to complete mediation shall be extended to May 30, 2009; and the Case Management Conference is continued to June 5, 2009, at ~~10:00~~ 10:30 am.

_____
Judge, United States District Court