UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES IKEKWERE,<br><br>        Plaintiff,<br><br>    v.<br><br>GOVERNING BOARD OF FOOTHILL DEANZA COMMUNITY COLLEGE DISTRICT, ET AL.,<br><br>        Defendants. | Case No.: C 08-00234 JF (PVT)<br><br>**ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |

On August 5, 2009, the parties filed a stipulation and [proposed] protective order. Having reviewed the proposed order, the court finds that the proposed form of order fails to include as an exhibit a sample agreement to be bound by the order by anyone who is given access to confidential information. A sample agreement to be bound (to the model stipulated protective order) may be found on the court's website located at www. cand.uscourts.gov.

Pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information

1  exchanged or disclosed during discovery in this case.
2      IT IS SO ORDERED.
3  Dated: *8/10/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*