**E-Filed 5/13/10**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHARLES I. IKEKWERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNING BOARD OF FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DOES 1 THROUGH 25,<br><br>　　　　　Defendants. | Case Number C 08-00234 JF (PVT)<br><br>**JUDGMENT** [1] |

Defendant's motion for summary judgment was heard on May 7, 2010. The evidence and arguments having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that judgment be entered for Defendant and against Plaintiff.

DATED: 5/13/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C-08-00234-JF (PVT)
JUDGMENT
(JFLC3)